**Electronically Filed
Supreme Court
SCPW-24-0000183
14-FEB-2025
11:58 AM
Dkt. 91 ODMR**

SCPW-24-0000183, SCPW-24-0000330, and SCPW-24-0000655

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCPW-24-0000183

CAMERON NICE and MARTHA NICE,
Petitioners,

vs.

THE HONORABLE ANNE E. LOPEZ,
Attorney General, Department of the Attorney General,
State of Hawaiʻi, Respondent.

(5CCV-22-0000027)

---

SCPW-24-0000330

CAMERON NICE and MARTHA NICE,
Petitioners,

vs.

THE HONORABLE KATHERINE G. LEONARD,
Acting Chief Judge of the Intermediate Court of Appeals;
THE HONORABLE KAREN T. NAKASONE, Associate Judge of the
Intermediate Court of Appeals; and
THE HONORABLE SONJA M.P. MCCULLEN, Associate Judge of the
Intermediate Court of Appeals, State of Hawaiʻi,
Respondent Judges.

(CAAP-24-0000014; CAAP-24-0000015)

SCPW-24-0000655

CAMERON NICE and MARTHA NICE,
Petitioners,

vs.

THE HONORABLE RANDAL VALENCIANO,
Judge of the Circuit Court of the Fifth Circuit,
State of Hawai'i, Respondent Judge.

(5CCV-22-0000027)

ORIGINAL PROCEEDINGS

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Ginoza, and Eddins, JJ.,
and Circuit Judge Kawamura, in place of Devens, J., recused)

Upon consideration of the motion for reconsideration filed on February 6, 2025, which seeks reconsideration of this court's February 4, 2025 order denying the petitions for writ of mandamus, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawai'i Rules of Appellate Procedure Rule 40(b) (eff. 2000).

It is ordered that the motion is denied.

DATED: Honolulu, Hawai'i, February 14, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Shirley M. Kawamura

